IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMAZING SPACES, INC., | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-08-0629 |
| METRO MINI STORAGE, *et al.*, | § § § | |
| Defendants. | § | |

**FINAL JUDGMENT**

For the reasons stated in this court's Memorandum and Opinion entered this date, this action is dismissed with prejudice.

This is a final judgment.

SIGNED on September 28, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge