IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMAZING SPACES, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 4:08-cv-00629 |
| v. | § | |
| | § | |
| METRO MINI STORAGE AND | § | |
| LANDMARK INTEREST CORPORATION | § | |
| | § | |
| Defendants. | § | |

## ORDER CANCELING TRADEMARK REGISTRATION

For the reasons stated in the Court's Memorandum and Opinion (Docket No. 54), the Court, pursuant to 15 U.S.C. § 1119, hereby ORDERS the cancellation of Federal Registration Number 2,859,845.

The Court FURTHER ORDERS the Clerk of Court to certify this order and provide it to the Director of the U.S Patent and Trademark Office for cancellation of Federal Registration Number 2,859,845.

The Court FURTHER ORDERS the Director of the U.S. Patent and Trademark Office to cancel Federal Registration Number 2,859,845 and remove it from the Principal Register.

SIGNED on _____, at Houston, Texas

_____
Lee H. Rosenthal
United States District Judge