IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMAZING SPACES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-0629 |
| | § | |
| METRO MINI STORAGE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff's unopposed motion to obtain sealed documents for the purposes of its appeal is granted. Plaintiff's counsel will contact the Clerk of the District Court for the Southern District of Texas and provide the proper shipping information and account number. On receipt of that information, the Clerk will send the sealed documents and associated exhibits to the address provided. After reviewing the documents, and in no event later than the date on which the appellants' brief is due, Amazing Spaces counsel will return the documents to the Clerk for the District Court for the Southern District of Texas.

SIGNED on November 19, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge