**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| AMAZING SPACES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-0629 |
| | § | |
| METRO MINI STORAGE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

This court dismissed this action with prejudice and entered final judgment on September 28, 2009. (Docket Entry No. 55). The defendants filed a motion for attorneys' fees and a motion for an order canceling the federal trademark registration on October 9, 2009. (Docket Entry Nos. 57, 58). Amazing Spaces filed a notice of appeal to the Fifth Circuit on October 19, 2009. (Docket Entry No. 61). The Fifth Circuit released its opinion on June 2, 2010, affirming in part and reversing in part this court's September 2009 judgment. *Amazing Spaces, Inc. v. Metro Mini Storage*, No. 09-20702 (5th Cir. June 2, 2010).

A status conference is set for **June 11, 2010 at 9:30 a.m.** The defendants' motions for attorneys' fees and cancellation of federal trademark registration are denied without prejudice to refiling in accordance with the briefing schedule to be set at the status conference.

SIGNED on June 2, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge