IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMAZING SPACES, INC., | § § | |
| Plaintiff, | § § § | |
| v. | § § § § | CIVIL ACTION NO. H-08-0629 |
| METRO MINI STORAGE, *et al.*, | § § § | |
| Defendants. | § | |

**ORDER OF CANCELLATION**

For the reasons stated in this court's Memorandum and Order issued today, this court orders that Federal Registration Number 2,859,845 is cancelled and directs the Clerk of Court to provide a certified copy of this order of cancellation to the Director of the U.S. Patent and Trademark Office under 15 U.S.C. § 1119 for appropriate cancellation action.

SIGNED on August 17, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge