IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMAZING SPACES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-0629 |
| | § | |
| METRO MINI STORAGE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons stated in this court's Memorandum and Opinion entered this date, and the Memorandum and Opinion granting summary judgment, this action is dismissed with prejudice. Each party will bear its own attorneys' fees. Amazing Spaces must pay reasonable costs of court. This is a final judgment.

SIGNED on January 4, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge